**DIRECTV INCORPORATED,**
Plaintiff—Appellee,

v.

**Larry KEY, Defendant—Appellant.**

No. 04–1256.

United States Court of Appeals,
Fourth Circuit.

Submitted May 27, 2005.

Decided June 8, 2005.

Curtis T. Brown, Law Offices of Curtis T. Brown, Norfolk, Virginia, for Appellant. Elizabeth F. Edwards, Brian E. Pumphrey, McGuire Woods LLP, Richmond, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and KING, Circuit Judges. ·

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Larry Key appeals the magistrate judge's orders imposing sanctions against Key's counsel for discovery abuses.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See DIRECTV, Inc. v. Key,* No. CA–03–321 (E.D.Va. Oct. 17 & Dec. 31, 2004). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* The parties consented to the jurisdiction of the magistrate judge.